# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LENNON PRICE, Individually,     )
       Plaintiff,                  )
                             )

Vs.                         )      Case No.  12-1432-CM-DJW
                             )

CITY OF WICHITA, and         )
CITY OF WICHITA POLICE      )
DEPARTMENT OFFICER        )
MARK McKEE, Individually and in his )
Official Capacity,              )
       Defendant.           )
_____)

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

COMES NOW the Plaintiff, Lennon Price, by and through counsel of record, James A. Thompson, of the law firm Klenda Austerman, LLC, and respectfully moves the Court to allow Plaintiff to substitute Wichita Police Department Officer Cory Masterson for Defendant Mark McKee.  In support of this motion, Plaintiff submits his Memorandum in Support of Plaintiff's Motion to Substitute Party.

Respectfully submitted,

*/s James A. Thompson*
James A. Thompson, #21263
*Of Counsel*
KLENDA AUSTERMAN L.L.C.
1600 Epic Center, 301 N. Main
Wichita, KS  67202
Telephone: 316/267-0331
Facsimile:  316/267-0333
*jthompson@klendalaw.com*
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of August, 2013, a true and correct copy of the foregoing document was filed through the CM/ECF system of the United States District Court for the District of Kansas, which is understood to serve copies of the same upon counsel for the parties herein who have entered their appearances in this action and consented to electronic service.

*/s/ James A. Thompson*